EXHIBIT C







Our sleek and chic (no strings attached) design flaunts the familiar W.I.N.O.S.® sense of style. Glovie™ are the wine glass sleeve that fits like a glove, made with high-quality stretchable neoprene. And, the curved cutout on our patented pucker protector keeps your lipstick on your lips.

# GLOVIE™ STARTER KIT

Each Glovie™ is individually packaged in a zebra print gift box with a drink recipe from the "W.I.N.O.S.® Women In Need Of Spirits" cookbook. All sassy sayings are pre-selected. No substitutions please.

**80000**
*Starter kit*




**Includes an assortment of 36 Glovies™ in our most popular sassy sayings, 2 each of:**

| | | | |
|---|---|---|---|
| **84001** *Birthday Girl* | **84009** *Liquid Sanity* | **84016** *Tipsy Tease* |
| **84004** *Grape Nut* | **84011** *Menopausal Milk* | **84017** *Wild Woman* |
| **84005** *Hers* | **84012** *Mommy Juice* | **84018** *Wine & Whine* |
| **84006** *His* | **84013** *My Medicine* | **84019** *Bride* |
| **84007** *Jungle Juice* | **84014** *Princess* | **84020** *Bridesmaid* |
| **84008** *Liquid Courage* | **84015** *Sassy Sipper* | **84024** *Sanity Saver* |

**...plus 6 Glovies™ on wine glasses:**

| | |
|---|---|
| **85001** *Birthday Girl* |
| **84009** *Liquid Sanity* |
| **85012** *Mommy Juice* |
| **85015** *Sassy Sipper* |
| **85016** *Tipsy Tease* |
| **85018** *Wine & Whine* |

**www.WINOSHAVEFUN.com**
Toll-Free: 888.488.WINOS (9466) • Phone: 828.295.9125  Fax: 828.295.9129

# GLOVIE™

*Each Glovie™ is individually packaged in a zebra print gift box with a drink recipe from the "W.I.N.O.S.® Women In Need Of Spirits" cookbook. Glovie™ fits most mid-sized wine glasses. Chubby Glovie™ fits larger red wine glasses. Minimum order of 6 each, 24 pieces total.*


*Glovie™ on a card*


*Glovie™ on a glass*


*Chubby Glovie™ on a card*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **84000 / 85000**<br>on a card   on a glass<br>**86000**<br>Chubby on a card | **84001 / 85001**<br>on a card   on a glass<br>**86001**<br>Chubby on a card | **84002 / 85002**<br>on a card   on a glass<br>**86002**<br>Chubby on a card | **84003 / 85003**<br>on a card   on a glass<br>**86003**<br>Chubby on a card | **84004 / 85004**<br>on a card   on a glass<br>**86004**<br>Chubby on a card | **84005 / 85005**<br>on a card   on a glass<br>**86005**<br>Chubby on a card |
|  |  |  |  |  |  |
| **84006 / 85006**<br>on a card   on a glass<br>**86006**<br>Chubby on a card | **84007 / 85007**<br>on a card   on a glass<br>**86007**<br>Chubby on a card | **84008 / 85008**<br>on a card   on a glass<br>**86008**<br>Chubby on a card | **84009 / 85009**<br>on a card   on a glass<br>**86009**<br>Chubby on a card | **84010 / 85010**<br>on a card   on a glass<br>**86010**<br>Chubby on a card | **84011 / 85011**<br>on a card   on a glass<br>**86011**<br>Chubby on a card |
|  |  |  |  |  |  |
| **84012 / 85012**<br>on a card   on a glass<br>**86012**<br>Chubby on a card | **84013 / 85013**<br>on a card   on a glass<br>**86013**<br>Chubby on a card | **84014 / 85014**<br>on a card   on a glass<br>**86014**<br>Chubby on a card | **84015 / 85015**<br>on a card   on a glass<br>**86015**<br>Chubby on a card | **84016 / 85016**<br>on a card   on a glass<br>**86016**<br>Chubby on a card | **84017 / 85017**<br>on a card   on a glass<br>**86017**<br>Chubby on a card |

www.WINOSHAVEFUN.com
Toll-Free: 888.488.WINOS (9466) • Phone: 828.295.9125   Fax: 828.295.9129