(colors subject to change)

     

| 84018 / 85018 | 84019 / 85019 | 84020 / 85020 | 84021 / 85021 | 84022 / 85022 | 84023 / 85023 |
| on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass |
| 86018 | 86019 | 86020 | 86021 | 86022 | 86023 |
| Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card |

     

| 84024 / 85024 | 84025 / 85025 | 84026 / 85026 | 84027 / 85027 | 84028 / 85028 | 84029 / 85029 |
| on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass |
| 86024 | 86025 | 86026 | 86027 | 86028 | 86029 |
| Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card |

     

| 84030 / 85030 | 84031 / 85031 | 84032 / 85032 | 84033 / 85033 | 84034 / 85034 | 84035 / 85035 |
| on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass |
| 86030 | 86031 | 86032 | 86033 | 86034 | 86035 |
| Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card |

     

| 84036 / 85036 | 84037 / 85037 | 84038 / 85038 | 84039 / 85039 | 84040 / 85040 | 84041 / 85041 |
| on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass |
| 86036 | 86037 | 86038 | 86039 | 86040 | 86041 |
| Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card |

     

| 84042 / 85042 | 84043 / 85043 | 84044 / 85044 | 84045 / 85045 | 84046 / 85046 | 84047 / 85047 |
| on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass | on a card  on a glass |
| 86042 | 86043 | 86044 | 86045 | 86046 | 86047 |
| Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card | Chubby on a card |

*Continued* ⇨

www.WINOSHAVEFUN.com
Toll-Free: 888.488.WINOS (9466) • Phone: 828.295.9125  Fax: 828.295.9129

Case 5:10-cv-00455-F   Document 1-4   Filed 10/22/10   Page 1 of 3

(colors subject to change)








**84048** / **85048**  on a card / on a glass
**86048** Chubby on a card

**84049** / **85049**  on a card / on a glass
**86049** Chubby on a card

**84050** / **85050**  on a card / on a glass
**86050** Chubby on a card

**84051** / **85051**  on a card / on a glass
**86051** Chubby on a card

**84052** / **85052**  on a card / on a glass
**86052** Chubby on a card

**84053** / **85053**  on a card / on a glass
**86053** Chubby on a card








**84054** / **85054**  on a card / on a glass
**86054** Chubby on a card

**84055** / **85055**  on a card / on a glass
**86055** Chubby on a card

**84056** / **85056**  on a card / on a glass
**86056** Chubby on a card

**84057** / **85057**  on a card / on a glass
**86057** Chubby on a card

**84058** / **85058**  on a card / on a glass
**86058** Chubby on a card

**84059** / **85059**  on a card / on a glass
**86059** Chubby on a card

# DOUBLE GLOVIES™

Set of 2 Glovies™ on cards, packaged together in a poly bag with a drink recipe from the "W.I.N.O.S.® Women In Need Of Spirits" cookbook. Minimum order of 6 sets, 24 total pieces.



83000 — Cheers! / Whine & Wine
83001 — Birthday Girl / Forever Young
83005 — Hers / HIS
83008 — Liquid Courage / Liquid Sanity
83012 — Mommy Juice / My Medicine
83015 — Sassy Sipper / Tipsy Tease
83017 — Wild Woman / SIP HAPPENS!
83019 — Bride / Groom
83034 — I'M ON BEACH TIME / Beach PARTY
83540 — Merry Christmas / Happy New Year

www.WINOSHAVEFUN.com
Toll-Free: 888.488.WINOS (9466) • Phone: 828.295.9125   Fax: 828.295.9129

# HOLIDAY GLOVIES™



**84540 / 85540**
on a card   on a glass



**84550 / 85550**
on a card   on a glass

*Each Glovie™ is individually packaged in a zebra print gift box with a drink recipe from the "W.I.N.O.S.® Women In Need Of Spirits" cookbook. Glovie™ fits most mid-sized wine glasses. Chubby Glovie™ fits larger red wine glasses. Minimum order of 6 each, 24 pieces total.*


**84500 / 85500**
on a card   on a glass
**86500**
Chubby on a card


**84501 / 85501**
on a card   on a glass
**86501**
Chubby on a card


**84502 / 85502**
on a card   on a glass
**86502**
Chubby on a card


**84503 / 85503**
on a card   on a glass
**86503**
Chubby on a card


**84504 / 85504**
on a card   on a glass
**86504**
Chubby on a card


**84505 / 85505**
on a card   on a glass
**86505**
Chubby on a card


**84506 / 85506**
on a card   on a glass
**86506**
Chubby on a card


**84507 / 85507**
on a card   on a glass
**86507**
Chubby on a card


**84508 / 85508**
on a card   on a glass
**86508**
Chubby on a card


**84509 / 85509**
on a card   on a glass
**86509**
Chubby on a card


**84510 / 85510**
on a card   on a glass
**86510**
Chubby on a card


**84530 / 85530**
on a card   on a glass
**86530**
Chubby on a card

# CHUBBY GLOVIES™

*Each Chubby Glovie™ is individually packaged in a poly bag with a drink recipe from the "W.I.N.O.S.® Women In Need Of Spirits" cookbook. Chubby Glovie™ fits larger red wine glasses and is available in other sayings (see previous pages). Minimum order of 6 each, 24 pieces total.*


**86900**
Chubby on a card


**86901**
Chubby on a card


**86902**
Chubby on a card


**86903**
Chubby on a card


**86904**
Chubby on a card


**86905**
Chubby on a card


**86906**
Chubby on a card


**86907**
Chubby on a card


**86908**
Chubby on a card


**86909**
Chubby on a card

www.WINOSHAVEFUN.com
Toll-Free: 888.488.WINOS (9466) • Phone: 828.295.9125   Fax: 828.295.9129