UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-455-F

| | | |
|---|---|---|
| JB ORIGINALS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| W.I.N.O.S., INC.; ICON MANUFACTURING | ) | |
| and MARKETING COMPANY, INC., d/b/a KOOL | ) | |
| TRENDS, and f/k/a ICON MARKETING COMPANY, | ) | |
| INC.; and ICON MANUFACTURING COMPANY, | ) | |
|     Defendants. | ) | |

The court having been advised by counsel that the plaintiff and remaining defendant, W.I.N.O.S., Inc., have reached a compromise and settlement concerning all matters in controversy between them. Accordingly, it is ORDERED that this action as against remaining defendant, W.I.N.O.S, Inc., is DISMISSED without prejudice to either party to reopen the case should their settlement not be consummated prior to **September 6, 2011,** on which date the parties are DIRECTED to file their Stipulation of Dismissal With Prejudice.

It further is ORDERED that, pending the filing of such dismissal, Magistrate Judge Webb's July 15, 2011, order extending time [DE-27], is STAYED. Should a Stipulation of Dismissal with Prejudice *not* be filed as directed herein, W.I.N.O.S. shall file its Response to the plaintiffs' Motion to Compel [DE-24] on **September 7, 2011.** The Clerk of Court is DIRECTED to inform the court of the parties' compliance with this order.

This, the 26th day of July, 2011.

/s/ James C. Fox
JAMES C. FOX
Senior United States District Judge